IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| KATHY AMOS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Case Number:  CV-08-HS-2165-M |
| | * |
| HARTFORD LIFE AND ACCIDENT | * |
| INSURANCE COMPANY, | * |
| | * |
| Defendant | * |

## AMENDED COMPLAINT

### Count I – ERISA Benefits

1. Plaintiff has short term and long term disability protection by an insurance contract with Hartford through her employment which pays benefits if she becomes disabled.

2. Plaintiff is disabled and entitled to disability benefits from Hartford.

3. Plaintiff received a disability award from SSA on 12/14/05 with an onset date of 6/7/04.

4. Plaintiff received short term and long term benefits and Hartford wrongly terminated benefits.

5. Plaintiff has exhausted all administrative remedies.

6. This claim is filed pursuant to 29 U.S.C. §1132.

WHEREFORE, Plaintiff prays for appropriate equitable relief, attorney fees and costs which are less than $50,000.

s/MYRON K. ALLENSTEIN
Bar Number:  2058-A61-M
Attorney for Plaintiff
ALLENSTEIN & ALLENSTEIN, LLC
141 South 9th Street
Gadsden, AL  35901
Telephone:  (256) 546-6314
Fax: (256) 547-7648
myron@allenstein.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

William B. Wahlheim, Jr.
MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL  35203-2602

s/MYRON K. ALLENSTEIN