Sharon Harris
Clerk, U.S. District Court
1729 5TH AVE N STE 140
BIRMINGHAM AL 35203-2050

March 15, 2010

**Appeal Number: 09-13688-FF**
Case Style: Kathy Amos v. Hartford Life and Accident Insurance
District Court Number:  08-02165 CV-BE-M

TO:      Sharon  Harris

CC:      Myron K. Allenstein

CC:      William Bernhart Wahlheim, Jr.

CC:      Grace Robinson Murphy

CC:      John David Collins

CC:      Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**John Ley**
Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

March 15, 2010

Sharon Harris
Clerk, U.S. District Court
1729 5TH AVE N STE 140
BIRMINGHAM AL 35203-2050

**Appeal Number: 09-13688-FF**
Case Style: Kathy Amos v. Hartford Life and Accident Insurance
District Court Number:  08-02165 CV-BE-M

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

John Ley, Clerk of Court

Reply To: Will Miller (404) 335-6194

Encl.

MDT-1 (06/2006)

# United States Court of Appeals
## For the Eleventh Circuit

No. 09-13688

District Court Docket No.
08-02165-CV-BE-M

| FILED |
| U.S. COURT OF APPEALS |
| ELEVENTH CIRCUIT |
| Jan 19, 2010 |
| THOMAS K. KAHN |
| CLERK |

KATHY AMOS,

        Plaintiff-Appellant,

versus

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

        Defendant-Appellee.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Northern District of Alabama

---

### JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

    Entered:    January 19, 2010
For the Court:    John Ley, Acting Clerk
    By:    Gilman, Nancy



ISSUED AS MANDATE
MAR 15 2010
U.S. COURT OF APPEALS
ATLANTA, GA

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 09-13688
Non-Argument Calendar

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 19, 2010
JOHN LEY
ACTING CLERK

D.C. Docket No. 08-02165-CV-BE-M

KATHY AMOS,

Plaintiff-Appellant,

versus

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Alabama

(January 19, 2010)

Before BARKETT, HULL and COX, Circuit Judges.

PER CURIAM:

On October 14, 2008, Kathy Amos filed this lawsuit against Hartford Life and Accident Insurance Company ("Hartford") in Alabama state court. The single-count

complaint alleged that Hartford breached a group disability insurance policy ("the Policy") by "wrongly terminat[ing]" Amos's benefits under the Policy. (Record Excerpts 1-1.) Hartford removed the case to the United States District Court for the Northern District of Alabama because Amos's claim arises under the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1001, et seq.

On Hartford's motion, the district court dismissed Amos's complaint with prejudice, finding that her claim was barred by a contractual limitation of action provision in the Policy. In the same order, the district court denied Amos's motion for remand to the plan administrator so that Hartford could consider medical records that it had not considered previously, finding that remand was inappropriate because the limitations period had expired. Amos appeals the dismissal and denial of remand.

After review of the briefs and record, we affirm. The district court properly held that the three-year limitations period in the Policy is enforceable and, even if it was tolled while administrative remedies were pursued, Amos's suit was filed after the limitations period expired. And, we agree with the district court that remand for further consideration by the plan administrator is not appropriate under these circumstances.

AFFIRMED.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia